# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:08-cr-00059-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DELAND DAMONT HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion to amend the Judgment in this case [Doc. 267].

In June 2018, the Defendant was found guilty of violating the terms of his supervised release. He was sentenced to a term of 21 months' imprisonment, consisting of thirteen (13) months "to be served consecutively to any undischarged term of imprisonment previously or hereinafter imposed by any court, including this court, and particularly including the Cleveland County Superior Court," and a term of eight (8) months "to be served concurrently with the sentence previously imposed by the Cleveland County Superior Court in Case Nos. 17CRS1424 and 17CRS54975." [Doc. 245 at 2].

By the present filing, the Defendant asks the Court to amend the Judgment [Doc. 245] so as to allow the entire term of his federal sentence to run concurrently with his previously imposed state sentence. [Doc. 267].

The Defendant has stated no basis on which the Court can or should amend the Judgment in this case. The Defendant pled guilty to the violation of the terms of supervised release, and he does not contend that his guilty plea was in any way unknowing or involuntary. The Defendant further did not file a direct appeal of his conviction or sentence, nor has he filed a motion to vacate his conviction under 28 U.S.C. § 2255. Accordingly, the Defendant's request for an amendment of his Judgment is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion to amend the Judgment in this case [Doc. 267], is **DENIED**.

**IT IS SO ORDERED.**

Signed: August 5, 2019

Martin Reidinger
United States District Judge